# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| ) | Criminal No. 4:08-368-TLW |
| ) | |
| vs. ) | |
| ) | |
| Anthony Swinton ) | **ORDER** |
| ) | |
| _____ ) | |

On June 17, 2009, the Court sentenced the defendant to 168 months imprisonment followed by ten years of supervised release. The defendant did not appeal his guilty plea or sentence.

On August 26, 2010, the defendant filed a "motion for downward departure" requesting relief on a number of different grounds. After careful review, this Court finds Defendant's motion for a downward departure to be legally insufficient. Accordingly, the motion is **DENIED**. (Doc. # 196).

If defendant wishes to file a motion under 28 U.S.C. § 2255, he may request the appropriate forms for doing so from the Florence Division Clerk's Office of the United States District Court.[1]

**IT IS SO ORDERED**.

s/ Terry L. Wooten
Terry L. Wooten
United States District Court Judge

September 17, 2010
Florence, South Carolina

---

[1] The mailing address for the Florence Division Clerk's Office is 401 West Evans Street, Florence, SC 29501